| | |
|---|---|
| Catherine Cabalo (SBN 248198)<br>Khushpreet Mehton (SBN 276827)<br>PEIFFER WOLF CAR KANE<br>CONWAY & WISE, LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 766-3592<br>Facsimile: (415) 840-9435<br>ccabalo@peifferwolf.com<br>kmehton@peifferwolf.com | Irakli Karbelashvili (SBN 302971)<br>ALLACCESS LAW GROUP<br>irakli@allaccesslawgroup.com<br>1400 Coleman Ave Ste F28<br>Santa Clara, CA 95050<br>Telephone: (408) 295-0137<br>Fax: (408) 295-0142 |

Aaron Clefton (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
SARA HAZELWOOD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAZELWOOD,<br><br>   Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; ADELA de la TORRE., President of San Diego State University, in her official capacity; CITY OF SAN DIEGO; AZTEC SHOPS LTD; MONTEZUMA ROAD ASSOCIATES, L.P.,<br><br>   Defendants. | CASE NO. 3:25-cv-1378-RSH-KSC<br>Civil Rights<br><br>**NOTICE OF ERRATA OF EXHIBIT 1 TO COMPLAINT** |

NOTICE IS HEREBY GIVEN that Exhibit 1 to Plaintiff Sara Hazelwood's Complaint (ECF Dkt. No. 1-2) will be re-filed because the exhibit previously filed contained attorney work-product and confidential client communications. The new

NOTICE OF ERRATA
CASE NO. 3:25-cv-1378-RSH-KSC

1  re-filed document will remove all instances of attorney work-product and
2  confidential communications.

3
4  Dated: June 2, 2025                    CLEFTON DISABILITY LAW

5                                         */s/ Aaron Clefton*
                                          BY: AARON CLEFTON
                                          Attorneys for Plaintiff
6                                         Sara Hazelwood

2

NOTICE OF ERRATA
CASE NO. 3:25-cv-1378-RSH-KSC