**SEYFARTH SHAW LLP**
Minh N. Vu (*pro hac vice*)
mvu@seyfarth.com
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

**SEYFARTH SHAW LLP**
Pamela Huynh (SBN 334066)
phuynh@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
Montezuma Road Associates, L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAZELWOOD,<br><br>              Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her Official Capacity; ADELA DE LA TORRE, President of San Diego State University, in her Official Capacity; CITY OF SAN DIEGO; AZTEC SHOPS LTD; MONTEZUMA ROAD ASSOCIATES, L.P.,<br><br>              Defendants. | Case No. 3:25-cv-01378-RSH-KSC<br><br>**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT MONTEZUMA ROAD ASSOCIATES, L.P.**<br><br>Complaint Filed:  May 30, 2025<br>Trial:              None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Sara Hazelwood and Defendant Montezuma Road Associates, L.P. ("Montezuma") (collectively, the "Parties") have reached a settlement in principle, prepared a settlement agreement, and are in the process of obtaining signatures. In light of the upcoming deadlines, the Parties respectfully request Montezuma's excusal from the Early Neutral Evaluation Conference and the corresponding deadlines outlined in this Court's September 4, 2025 order (ECF No. 28). Additionally, in order to satisfy certain conditions precedent necessary to fully and finally resolve this action, the Parties respectfully request 45 days to file the necessary dismissal paperwork for Montezuma.

Dated: November 12, 2025         CLEFTON DISABILITY LAW

         /s/ *Aaron Clefton*
By: Aaron Clefton
Attorneys for Plaintiff
SARA HAZLEWOOD

Dated: November 12, 2025         SEYFARTH SHAW LLP

         /s/ *Pamela Huynh*
By: Minh N. Vu
Pamela Huynh
Attorneys for Defendant
MONTEZUMA ROAD ASSOCIATES, L.P.

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) SS
COUNTY OF LOS ANGELES        )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California  90017-5793.

On November 12, 2025, I served the within document(s):

**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT MONTEZUMA ROAD ASSOCIATES, L.P.**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Catherine Cabalo<br>Khushpreet. Mehton<br>**PEIFFER WOLF CAR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br><br>Telephone:  (415) 766-3592<br>Facsimile:   (415) 840-9435 | Attorneys for Plaintiff<br>Sara Hazlewood<br><br>ccabalo@peifferwolf.com<br>kmehton@peifferwolf.com |
| Aaron Clefton<br>**CLEFTON DISABILITY LAW**<br>2601 Blanding Avenue, Suite C #336<br>Alameda, CA 94501<br><br>Telephone:    (510) 832-5001 | Attorneys for Plaintiff<br>Sara Hazlewood<br><br>info@cleftonlaw.com |

| | |
|---|---|
| Irakli Karbelashvili<br>**ALLACCESS LAW GROUP**<br>1400 Coleman Avenue, Suite F28<br>Santa Clara, CA 95050<br><br>Telephone: (408) 295-0137<br>Facsimile:  (408) 295-0142 | Attorneys for Plaintiff<br>Sara Hazlewood<br><br>irakli@allaccesslawgroup.com |
| Heather Ferbert, City Attorney<br>M. Travis Phelps, Assistant City Attorney<br>Alison P. Adema, Deputy City Attorney<br>**OFFICE OF THE CITY ATTORNEY**<br>1200 Third Avenue, Suite 1100<br>San Diego, California 92101-4100<br><br>Telephone: (619) 533-5800<br>Facsimile:  (619) 533-5856 | Attorneys for Defendant<br>CITY OF SAN DIEGO<br><br>aadema@sandiego.gov |
| Alison K. Beanum<br>Christina Hoffman<br>Annie Barberian<br>**CLYDE & CO US LLP**<br>355 South Grand Avenue, Suite 1400<br>Los Angeles, California 90071<br><br>Telephone:  213-358-7600<br>Facsimile:   213-358-7650 | Attorneys for Defendants<br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her Official Capacity; ADELA de la TORRE, President of San Diego State University, in her official capacity<br><br>alison.beanum@clydeco.us<br>christina.hoffman@clydeco.us<br>annie.barberian@clydeco.us |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 12, 2025, at Los Angeles, California.

_/s/ Alicia Guillen_
Alicia Guillen