ALISON K. BEANUM [SBN 221968]
alison.beanum@clydeco.us
CHRISTINA HOFFMAN [SBN 161932]
christina.hoffman@clydeco.us
ANNIE BARBERIAN [SBN 353119]
annie.barberian@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:  213-358-7600
Facsimile:  213-358-7650

Attorneys for Defendants,
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; ADELA de la TORRE, President of San Diego State University, in her official capacity

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| SARA HAZLEWOOD,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her Official Capacity; ADELA de la TORRE, President of San Diego State University, in her Official Capacity; CITY OF SAN DIEGO; AZTEC SHOPS, LTD; MONTEZUMA ROAD ASSOCIATES, L.P.,<br><br>Defendants. | **Case No. 3:25-cv-01378-RSH-KSC**<br><br>[*Assigned as follows:*<br>*District Judge: Robert S. Huie / Crtrm: 3B; Magistrate Judge: Karen S. Crawford – Crtrm: 2B*]<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, AND ADELA DE LA TORRE ONLY**<br><br>Complaint Filed: May 30, 2025<br>FAC Filed: June 24, 2025<br>Trial: None Set |

1

**JOINT NOTICE OF SETTLEMENT BETWEEN DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, AND ADELA DE LA TORRE, AND PLAINTIFF ONLY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that plaintiff SARA HAZLEWOOD ("Plaintiff") and defendants BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, Chancellor of California State University, in her official capacity, and ADELA de la TORRE, President of San Diego State University, in her official capacity (herein "Defendants") (collectively, the "Parties") have reached a settlement in principle, and are currently drafting the settlement agreement for these parties only. In light of the upcoming deadlines, the Parties respectfully request that Defendants be excused from attending the Early Neutral Evaluation Conference and the corresponding deadlines outlined in this Court's September 4, 202,5 order (ECF No. 28). Additionally, in order to satisfy certain conditions precedent necessary to fully and finally resolve this action, the Parties respectfully request 45 days to file the necessary dismissal paperwork for Defendants. Nothing in this Notice is intended to apply to the last remaining defendant, the City of San Diego, who has not yet settled any claims with Plaintiff.

Dated: December 1, 2025        CLYDE & CO US LLP

By: *Christina Hoffman*
Alison K. Beanum
Christina Hoffman
Annie Barberian
Attorneys for Defendants, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; ADELA de la TORRE, President of San Diego State University, in her official capacity

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

Dated: December 1, 2025          CLEFTON DISABILITY LAW

                                 By: **/s/ Aaron Clefton**
                                     Aaron Clefton
                                     Attorneys for Plaintiff SARA HAZLEWOOD

**JOINT NOTICE OF SETTLEMENT BETWEEN DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, AND ADELA DE LA TORRE, AND PLAINTIFF ONLY**

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. My email address is meg.mcdonnell@clydeco.us.

On the date indicated below, a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT BETWEEN DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, AND ADELA DE LA TORRE, AND PLAINTIFF ONLY** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Southern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Southern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, **December 1, 2025**, at Los Angeles, California.

*Meg McDonnell*
MEG MCDONNELL

---

1
**JOINT NOTICE OF SETTLEMENT BETWEEN DEFENDANTS BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, MILDRED GARCIA, AND ADELA DE LA TORRE, AND PLAINTIFF ONLY**