UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAZELWOOD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 25-cv-1378-RSH-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT MONTEZUMA**<br><br>[ECF No. 38] |

Before the Court is Plaintiff and defendant Montezuma Road Associates, L.P. ("Motenzuma")'s joint motion for dismissal. ECF No. 38. The Parties stipulate and request that defendant Montezuma be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court **GRANTS** the joint motion. Plaintiff's claims against defendant Montezuma only are **DISMISSED WITH PREJUDICE**.

Dated: December 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_Robert S. Huie_
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert S. Huie
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge