Catherine Cabalo (SBN 248198)
Khushpreet Mehton (SBN 276827)
PEIFFER WOLF CAR KANE
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 840-9435
ccabalo@peifferwolf.com
kmehton@peifferwolf.com

Aaron Clefton (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Irakli Karbelashvili (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
SARA HAZLEWOOD

*Defense counsel listed after caption

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAZLEWOOD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; ADELA de la TORRE., President of San Diego State University, in her official capacity; CITY OF SAN DIEGO; AZTEC SHOPS LTD; MONTEZUMA ROAD ASSOCIATES, L.P.,<br><br>　　　Defendants. | Case No.: 3:25-cv-01378 RSH-KSC<br>Civil Rights<br><br>**JOINT STATUS REPORT RE: SETTLEMENT PER MINUTE ENTRY DOCKET NO. 35** |

ALISON K. BEANUM (SBN 221968)
alison.beanum@clydeco.us
CHRISTINA HOFFMAN (SBN 161932)
christina.hoffman@clydeco.us

ANNIE BARBERIAN (SBN 353119)
annie.barberian@clydeco.us
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: 213-358-7600
Facsimile: 213-358-7650

*Attorneys for Defendants,*
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her Official Capacity; ADELA de la TORRE, President of San Diego State University, in her official capacity

HEATHER FERBERT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
ALISON P. ADEMA, Deputy City Attorney (CA Bar No. 149285)
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
Email: aadema@sandiego.gov

*Attorneys for Defendant*
CITY OF SAN DIEGO

# JOINT STATUS REPORT

Plaintiff Sara Hazlewood ("Plaintiff"); Defendants Board of Trustees of the California State University; Mildred Garcia, Chancellor of California State University, in her official capacity; Adela de la Torre, President of San Diego State University, in her official capacity (Board of Trustees, Ms. Garcia, and Ms. de la Torre together "SDSU"); and Defendant City of San Diego (the "City) (SDSU and the City together "Defendants," and with Plaintiff, the "Parties"), by and through their counsel of record, hereby provide this Joint Status Report Re: Settlement as required by the Court's Minute Entry (Docket No. 35):

1. On December 1, 2025, Plaintiff and SDSU filed their Notice of Settlement (Docket No. 34).
2. That same day, Plaintiff and SDSU agreed SDSU would prepare the draft settlement agreement paperwork.
3. On December 2, 2025, the Court issued its Minute Entry (Docket No. 35)

requiring Plaintiff and SDSU to file the instant Joint Status Report (unless a joint motion for dismissal was filed prior) and to appear for a telephonic Settlement Disposition Conference on January 23, 2026.

4. Throughout early December 2025, Plaintiff followed up regarding the status of the draft Settlement Agreement ("Agreement"). On December 17, 2025, SDSU circulated a draft Agreement.

5. On December 23, 2025, Plaintiff provided redlined revisions to the draft Agreement. SDSU notified Plaintiff that they would be closed through the holidays and unable to review the revisions until after the New Year.

6. Plaintiff followed up with SDSU on January 5, 2026 to inquire as to the status of the Agreement. SDSU responded that they hoped to respond to Plaintiff's redlines by that week.

7. On January 9, 2026, Plaintiff forwarded SDSU payment instructions for monetary relief and inquired as to the status of SDSU's response to Plaintiff's redlines, and SDSU responded that they would respond by "early next week."

8. Defendants are still reviewing Plaintiff's redlines to the Agreement.

9. SDSU plans to return the redlines to the Agreement by January 23, 2026. Counsel hopes that the Settlement can be finalized prior to January 30, 2026.

10. On December 9, 2025, Plaintiff and the City participated in an Early Neutral Evaluation Conference. Based on ongoing settlement discussions, a Settlement Conference was set for February 10, 2026, at 2:00 p.m. (Docket No. 37)

11. It is the City's position that the settlement of Plaintiff and SDSU impacts the potential resolution of Plaintiff's claims against the City under Title II of the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act, based on Plaintiff's allegations that she experiences access barriers on her path of travel to the SDSU campus. Based on the City's investigation, it is informed and believes that SDSU owns many of the properties adjacent to the sidewalk locations at which Plaintiff alleges access

barriers. Thus, the City contends SDSU may be responsible in whole or in part for corrective action concerning some locations.

12. Per the Court's order following the ENE. The City is preparing a status report to lodge with the Court by February 6, 2026, providing an update of the status of ownership for all properties alleged by Plaintiff to constitute "barriers" owned by the City, "and for each, to identify the property and whether the City admits ownership. If not, defendant is to identify the owner of the subject property or adjacent property." (Docket No. 37) This report will identify "barriers' the City alleges SDSU owns or for which it is the adjacent property owner.

13. Based on the outstanding issues of ownership and responsibility between the City and SDSU, the City has informed Plaintiff and SDSU that it opposes the dismissal with prejudice of SDSU at this time. Counsel for the City intends to appear at the January 26, 2026, telephonic Settlement Disposition Conference ("SDC"), at 10:00 a.m., to address the Court's questions. The City plans to provide Plaintiff and SDSU with specific information concerning the alleged barriers involving SDSU this week, with the objective of resolving these matters as soon as practicable.

Date: January 21, 2026          CLEFTON DISABILITY LAW
                                */s/ Aaron Clefton*
                                By: Aaron Clefton
                                Attorneys for Plaintiff
                                SARA HAZLEWOOD


Date: January 21, 2026          CLYDE & CO US LLP
                                */s/ Alison Beanum*
                                By: Alison Beanum
                                Attorneys for Defendants
                                BOARD OF TRUSTEES OF THE
                                CALIFORNIA STATE UNIVERSITY;
                                MILDRED GARCIA, Chancellor of California
                                State University, in her Official Capacity;
                                ADELA de la TORRE, President of San Diego
                                State University, in her Official Capacity

Date: January 21, 2026        OFFICE OF THE CITY ATTORNEY
                              */s/ Alison P. Adema*
                              By: Alison P. Adema
                              Deputy City Attorney
                              Attorneys for Defendant CITY OF SAN DIEGO

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Alison Beanum and Alison Adema, and that I have obtained authorization to affix their electronic signatures to this document.

Date: January 21, 2026        CLEFTON DISABILITY LAW
                              */s/ Aaron Clefton*
                              By: Aaron Clefton
                              Attorneys for Plaintiff
                              SARA HAZLEWOOD

JOINT STATUS REPORT RE: SETTLEMENT PER MINUTE ORDER DOCKET NO.35
Case No.: 3:25-cv-01378 RSH-KSC