UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA HAZLEWOOD,<br><br>                          Plaintiff,<br><br>   v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY et al.,<br><br>                          Defendants. | Case No.: 25-cv-1378-RSH-GC<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 58] |

On April 13, 2026, the Parties filed a Joint Motion to dismiss the action only as to defendants the Board of Trustees of the California State University, Mildred Garcia, Adela de la Torre, and Aztec Shops Ltd. (collectively, the "SDSU Defendants"). ECF No. 58. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

//

//

//

1

The SDSU Defendants are hereby **DISMISSED** from this action with prejudice. The action shall proceed against defendant City of San Diego.

**IT IS SO ORDERED**.

Dated: April 15, 2026

_____
Hon. Robert S. Huie
United States District Judge

25-cv-1378-RSH-GC